UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH MINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a foreign profit corporation doing business as ULTA BEAUTY; ULTA BEAUTY CREDIT SERVICES CORPORATION, a foreign profit corporation doing business as ULTA BEAUTY; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No.: 2:25-cv-01675-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO SET DEADLINES FOR INITIAL PLEADINGS** |

**ORDER**

Pursuant to the Parties' Stipulated Motion to Set Deadlines for Initial Pleadings, Dkt. # 7, the Court ORDERS as follows:

1. The Parties' Stipulated Motion to Set Deadlines for Initial Pleadings is GRANTED.

2. Plaintiff shall file a First Amended Complaint by October 14, 2025; and

3. Defendants shall have thirty (30) days from the filing of the First Amended Complaint to file a responsive pleading.

IT IS SO ORDERED.

ORDER GRANTING STIPULATED
MOTION TO SET DEADLINES FOR
INITIAL PLEADINGS - 1
CASE NO. 2:25-CV-01675-JHC

DATED this 30th day of September, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO SET DEADLINES FOR
INITIAL PLEADINGS - 2
CASE NO. 2:25-CV-01675-JHC