UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MINSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ULTA SALAN, COSMETICS & FRAGRANCE, INC., a foreign profit corporation doing business as ULTA BEAUTY; ULTA BEAUTY CREDIT SERVICES CORPORATION, a foreign profit corporation doing business as ULTA BEAUTY; and DOES 1-20, as yet unknown Washington entities,<br><br>　　　　　　　　　　Defendants. | No. 2:25-cv-01675-JHC<br><br>**STIPULATED MOTION FOR BRIEFING SCHEDULE AND ORDER**<br><br>**NOTED FOR HEARING: NOVEMBER 19, 2025** |

　　　　Plaintiff Sarah Minson ("Plaintiff") and Defendants Ulta Salon, Cosmetics & Fragrance, Inc. and Ulta Beauty Credit Services Corporation ("Defendants") (together, "Parties") stipulate to request and move that the Court approve the following briefing schedule for Defendants' Fed. R. Civ. P. 12(b)(6) Motion to Dismiss and 12(f) Motion to Strike in the Alternative ("Motion"), Dkt. 12. In support thereof, the Parties stipulate to the following:

STIPULATED MOTION FOR BRIEFING SCHEDULE
AND ORDER - 1

No. 2:25-cv-01675-JHC

1.      On November 12, 2025, the Parties met and conferred to discuss, amongst other things, Defendants' pending Motion, filed on November 7, 2025.

2.      The Parties agree that Plaintiff shall file her response in opposition to Defendants' Motion no later than December 19, 2025.

3.      The Parties further agree that Defendants shall file their reply in support of their Motion no later than January 9, 2026.

4.      The Parties request that the Motion be re-noted for January 9, 2026.

IT IS SO STIPULATED.

DATED this 19th day of November 2025.

| **EMERY | REDDY, PC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| By: /s/ Timothy W. Emery<br>    Timothy W. Emery, WSBA #34078<br>    Patrick B. Reddy, WSBA #34092<br>    Paul Cipriani Jr., WSBA #59991<br>    Hannah M. Hamley, WSBA #59020<br>    600 Stewart Street, Suite 1100<br>    Seattle, WA 98101<br>    Phone: (206) 442-9106<br>    Fax: (206) 441-9711<br>    Email: emeryt@emeryreddy.com<br>           reddyp@emeryreddy.com<br>           paul@emeryreddy.com<br>           hannah@emeryreddy.com<br><br>*Attorneys for Plaintiff* | By: /s/ Per D. Jansen<br>    Adam T. Pankratz, WSBA #50951<br>    Per D. Jansen, WSBA #49966<br>    Lauren Titchbourne, WSBA #54565<br>    1201 Third Avenue, Suite 5150<br>    Seattle, WA 98101<br>    Phone: (206) 693-7057<br>    Fax: (206) 693-7058<br>    Email: adam.pankratz@ogletree.com<br>           per.jansen@ogletree.com<br>           lauren.titchbourne@ogletree.com<br><br>*Attorneys for Defendants* |

STIPULATED MOTION FOR BRIEFING SCHEDULE
AND ORDER - 2

No. 2:25-cv-01675-JHC

# ORDER

The Court, having reviewed the above stipulation, GRANTS the Stipulated Request and Motion and ORDERS the following:

1. Plaintiff shall file her opposition to Defendant's Motion, Dkt. 12, by December 19, 2025.
2. Defendants shall file their reply in support of their Motion by January 9, 2026.
3. The Court DIRECTS the Clerk to renote the motion for January 9, 2026.

IT IS SO ORDERED.

DATED this 20th day of November, 2025.

*[signature: John H. Chun]*
John H. Chun
United States District Judge