UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH MINSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ULTA SALON, COSMETICS & FRAGRANCE, INC., a foreign profit corporation doing business as ULTA BEAUTY; ULTA BEAUTY CREDIT SERVICES CORPORATION, a foreign profit corporation doing business as ULTA BEAUTY; and DOES 1-20, as yet unknown Washington entities,

Defendants.

No. 2:25-cv-01675-JHC

ORDER RE: PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL

This matter comes before the Court on Plaintiff's motion for appointment of interim lead class counsel.  Dkt. # 22.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court ORDERS as follows:

The Court agrees with Defendants that the motion focuses primarily on the qualifications of Plaintiff's counsel.  And the Court agrees with Defendants that the motion appears premature: nothing suggests that other counsel has sought to represent the class; nor is

ORDER RE: MOTION FOR APPOINTMENT OF INTERIM
LEAD CLASS COUNSEL - 1

No. 2:25-cv-01675-JHC

there any indication of another plaintiff filing any claims that are the same as, or similar to, those pending in this action.  Likewise, there is no indication of any "unscrupulous" lawyering to barter away class benefits (*see* Dkt. # 22 at 4) or other such knavery to warrant appointing interim counsel at this time.

Thus, the Court DENIES the motion.  This ruling is without prejudice to Plaintiff's ability to move again for appointment of class counsel under appropriate circumstances.

DATED this 22nd day of May, 2026.

John H. Chun
United States District Judge

ORDER RE: MOTION FOR APPOINTMENT OF INTERIM
LEAD CLASS COUNSEL - 2

No. 2:25-cv-01675-JHC